✎AO 240A  (Rev. 1/94)

UNITED STATES DISTRICT COURT

EASTERN                              **District of**                        CALIFORNIA

LARRY JENKINS,                                        **ORDER ON APPLICATION**
                    Plaintiff                          **TO PROCEED WITHOUT**
                                                      **PREPAYMENT OF FEES**
            V.

COMMISSIONER of SOCIAL SECURITY,            CASE          1:11-AT-00670
            Defendant

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X   GRANTED.

    X   The clerk is directed to file the complaint.

    X   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a
        copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff.  All
        costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

_____

_____

ENTER this      27th      day of _____October_____ ,    2011    .

_____
/s/ Barbara A. McAuliffe
Signature of Judicial Officer

BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer