1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX,
3  Social Security Administration

4  ARMAND D. ROTH
   Special Assistant United States Attorney
5  California Bar No.  214624

6       333 Market Street, Suite 1500
        San Francisco, California 94105
7       Telephone:  (415) 977-8924
        Facsimile:  (415) 744-0134
8       E-Mail:Armand.Roth@ssa.gov

9
   Attorneys for Defendant Commissioner of Social Security
10
                          UNITED STATES DISTRICT COURT
11
                         EASTERN DISTRICT OF CALIFORNIA
12
                                  **FRESNO DIVISION**
13

14  LARRY JENKINS,                    )
                                      )   1:11cv01798 AWI DLB
15       Plaintiff,                   )
                                      )
16       v.                           )
                                      )   STIPULATION AND ORDER EXTENDING
17  MICHAEL J. ASTRUE,                )   TIME FOR DEFENDANT TO FILE BRIEF
                                      )
18  Commissioner of Social Security,  )
                                      )
19       Defendant.                   )
    _____ )
20

21       IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the

22  approval of the Court, that Defendant shall have a 15-day extension of time, up to August 2, 2012,

23  to file the responsive brief.  This is Defendant's first request.  This extension is requested because

24  Defendant's counsel needs additional time due to an unusually heavy workload.

25                              Respectfully submitted on July 17, 2012,

26                              /s/ Sengthiene Bosavanh   *
                                SENGTHIENE BOSAVANH
27                              Plaintiff's Attorney
                                * by Armand Roth by email authorization of 7/16/12
28

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration

/s/ ARMAND D. ROTH
ARMAND D. ROTH)
Special Assistant U.S. Attorney

Attorneys for Defendant

IT IS SO ORDERED.

Dated: **July 17, 2012**              **/s/ Dennis L. Beck**
                                      UNITED STATES MAGISTRATE JUDGE